**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**


RE: Docket Number 2018-CA-1706


Linda Adams and Stacy King, on behalf of her minor child,
D.K.

- - Versus - -

Wal-Mart Stores, Inc. Store #542

32nd Judicial District Court
Case #: 175888
Terrebonne Parish


On Application for Rehearing filed on 10/09/2019 by Linda Adams and Stacy King

Rehearing _____ Deny _____

_____
Page McClendon

_____
Jewel E. "Duke" Welch

_____
Guy Holdridge


Date _____ DEC 2 0 2019 _____

_____
Rodd Naquin, Clerk